| | |
|---|---|
| 1 | CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663 |
| 2 | GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661 |
|   | DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025 |
| 3 | **THARPE & HOWELL, LLP** |
|   | 15250 Ventura Blvd., Ninth Floor |
| 4 | Sherman Oaks, California  91403 |
|   | (818) 205-9955; (818) 205-9944 fax |

JS-6

E-Mail:  cmay@tharpe-howell.com
E-Mail:  gsharaga@tharpe-howell.com
E-Mail:  drivera@tharpe-howell.com

Attorneys for Defendant,
    LOWE'S HIW, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| DONNA HANSON, | Case No. EDCV11-2055-JGB(OPx) |
| Plaintiff, | (San Bernardino County Superior Court Case No. CIVRS1107789) |
| v. | |
| LOWE'S COMPANIES, INC., an Entity, form unknown; LOWE'S HIW, INC., a California Corporation; and DOES 1 through 50, inclusive, | **ORDER ON VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |
| Defendants. | |

IT IS HEREBY ORDERED that the Complaint of Plaintiff DONNA HANSON is hereby dismissed in its entirety, with prejudice.

Dated: May 28, 2013       By: _____
                              HON. JESUS G. BERNAL
                              U.S. DISTRICT JUDGE

JS-6